Case 1:08-sw-00293-SMS Document 3 Filed 12/04/08 Page 1 of 2

SEALED

FILED
DEC 03 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF: | S.W. NO. 1:08SW00297 SMS |
| | UNDER SEAL |
| 4009 CALISTOGA COURT, MODESTO, CALIFORNIA 95356 | ORDER SEALING SEARCH WARRANT AFFIDAVIT |
| 4116 ACCLAIM COURT, MODESTO, CALIFORNIA 95356 | 1:08 SW 0 0 2 9 6 SMS |
| 725 MCHENRY AVENUE MODESTO, CALIFORNIA 95350 | 1:08 SW 0 0 2 9 5 SMS |
| 727 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | 1:08 SW 0 0 2 9 3 SMS |
| 801 MCHENRY AVENUE MODESTO, CALIFORNIA 95350 | 1:08 SW 0 0 2 9 1 SMS |
| 4539 N. BRAWLEY AVENUE, SUITE 102 & 103, FRESNO, CALIFORNIA 93722 | 1:08 SW 0 0 2 9 0 SMS |
| 1343 LUKE DRIVE, MERCED, CALIFORNIA 95340 | 1:08 SW 0 0 2 9 4 SMS |
| 1566 & 1590 W. 16TH STREET, MERCED, CALIFORNIA 95340 | 1:08 SW 0 0 2 9 2 SMS |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

1

1  IT IS HEREBY ORDERED that the search warrant affidavit in
2  the above-entitled proceeding, together with the Application To
3  Seal of the United States Attorney and the accompanying
4  Memorandum of Points and Authorities and Declaration of Stanley
5  A. Boone, shall be filed with the Court in camera, under seal
6  and shall not be disclosed pending further order of this court.

DATED: 12/2/08

SANDRA M. SNYDER
U.S. Magistrate Judge

1