```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | STANLEY A. BOONE
   | Assistant U.S. Attorney
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
 5 |
```

FILED
DEC 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 1:08 SW 00290 SMS |
|---|---|
| Plaintiff, | ) 1:08 SW 00291 SMS |
| | ) 1:08 SW 00292 SMS |
| v. | ) 1:08 SW 00293 SMS |
| | ) 1:08 SW 00294 SMS |
| 4539 N. BRAWLEY AVE., SUITE 102 | ) 1:08 SW 00295 SMS |
| & 103, FRESNO, CALIFORNIA 93722 | ) 1:08 SW 00296 SMS |
| | ) 1:08 SW 00297 SMS |
| 801 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | ) ORDER UNSEALING SEARCH WARRANTS |
| 1566 & 1590 W. 16TH STREET, MERCED, CALIFORNIA 95340 | ) |
| 727 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | ) |
| 1343 LUKE DRIVE, MERCED, CALIFORNIA 95340 | ) |
| 725 MCHENRY AVENUE, MODESTO, CALIFORNIA 95350 | ) |
| 4116 ACCLAIM COURT, MODESTO, CALIFORNIA 95356 | ) |
| 4009 CALISTOGA COURT, MODESTO, CALIFORNIA 95356 | ) |
| Defendants. | ) |

The Search Warrants, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

1  IT IS HEREBY ORDERED that the Search Warrants be unsealed and
2 made public record.

6 DATED: __12/17/08__     _____
                          United States Magistrate Judge